**Peggy FRANTZ, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 75195.**

Missouri Court of Appeals, Western District.

April 2, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2013.

---

Craig D. Hines, Kansas City, MO, for appellant.

Larry R. Ruhmann, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Peggy Frantz appeals the decision of the Labor and Industrial Relations Commission denying unemployment benefits on the basis that her termination was due to misconduct connected with work. Frantz claims the decision should be reversed because: (1) employer did not meet its burden of proof and the record does not establish by a preponderance of the evidence that Frantz's actions constituted misconduct; (2) the Commission's findings of fact and witness credibility determinations were procured through fraud by Employer's witness; (3) the hearing and the resultant denial of benefits violated Frantz's rights to procedural and substantive due process, and to the equal protection of the law; and (4) the Commission erred in its legal conclusion that Frantz's actions constituted misconduct in that the record does not establish culpable misconduct. We affirm. Rule 84.16(b).